UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Aftokinito Properties, Inc.
and Stephan Condodemetraky

     v.                          Civil No. 09-cv-415-JD

Millbrook Ventures, LLC,
Pedro Torres, and Stephen Garofalo


Procedural Order


The defendants have filed a motion to dismiss or in the alternative for summary judgment that also includes, as a third alternative, a motion to dismiss the claims against the individual defendants for lack of personal jurisdiction.  In this district, "[f]ilers shall not combine multiple motions seeking separate and distinct relief into a single filing."  LR 7.1(a)(1).  Because the defendants' various alternatives, included in a single motion, are brought under different rules with different standards of review, they seek distinct and separate relief and should be filed as separate motions.

Conclusion

For the foregoing reasons, the defendants' motion to dismiss (document no. 15) is denied without prejudice to filing appropriate separate motions seeking the same relief.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

January 13, 2010

cc:  Philip R. Braley, Esquire
     Christopher M. Ferguson, Esquire
     Bryan K. Gould, Esquire
     Arnold Rosenblatt, Esquire